UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALOMON BROTHERS GROUP INC.,

                Plaintiff,

-against-

GALAXY DIGITAL INC.,

                Defendant.

Case No. 1:26-cv-00369 (JLR)

**RULE 7.1 STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiff Salomon Brothers Group Inc. ("SBG") hereby certifies that SBG does not have a parent corporation and that no publicly-held corporation owns 10% or more of SBG's stock.

Dated: January 21, 2026
      Brooklyn, New York

**LEWIS & LIN LLC**

By: */s/Michael Cilento*
    David D. Lin, Esq.
    Michael D. Cilento, Esq.
    77 Sands Street, 6th Floor
    Brooklyn, New York, 11201
    Tel: (347) 404-5844
    Fax: (718) 243-9326
    David@iLawco.com
    Michael@iLawco.com

    *Attorneys for Plaintiff Salomon Brothers Group Inc.*