# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| SALOMON BROTHERS GROUP INC., | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | No. 1:26-cv-00369 |
| | ) | |
| GALAXY DIGITAL INC., | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## NOTICE OF MOTION TO DISMISS

PLEASE TAKE NOTICE that, on the accompanying Memorandum of Law and the Declaration of Danielle R. Sassoon, dated March 17, 2026, together with the exhibits attached thereto, Defendant Galaxy Digital Inc. hereby respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6), the Lanham Act, and New York Civil Rights Law § 70-a for an order dismissing the Complaint, awarding it attorney's fees and costs, and for such other and further relief as the Court deems just and proper.

Respectfully submitted,

s/Danielle R. Sassoon
DANIELLE R. SASSOON
 *Counsel of Record*
JEFFREY C. THALHOFER
JULIA R. GRANT*
CLEMENT & MURPHY, PLLC
767 Fifth Avenue, 15th Floor
New York, NY 10153
danielle.sassoon@clementmurphy.com
*Supervised by a principal of the firm
who is a member of the New York bar

*Counsel for Galaxy Digital*

March 17, 2026


TO:    MICHAEL D. CILENTO
       DAVID DONG ANN LIN
       LEWIS & LIN LLC
       77 Sands Street
       6th Floor
       Brooklyn, NY 11201
       (347) 404-5844
       michael@ilawco.com
       david@ilawco.com

       *Counsel for Salomon Brothers Group Inc.*