Clement & Murphy
PLLC

March 19, 2026

**Via CM/ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 20B
New York, NY 10007

   Re: *Salomon Brothers Group Inc. v. Galaxy Digital Inc.*, No. 1:26-cv-00369

Dear Judge Rochon:

   I represent Defendant Galaxy Digital in the above-referenced matter.  I write to respectfully request that the Court reschedule the status conference currently scheduled for April 9, 2026.  The conference falls during my children's spring break and my family is planning to be out of town.  I conferred with Plaintiff's counsel, who does not object to this request.

   The parties are available to reschedule the conference for any day the following week of April 13-17, 2026, at 10:00 a.m.

Request GRANTED.  The parties' Initial Pretrial Conference shall be adjourned to **April 14, 2026, at 10:00 a.m.**  The conference will be held virtually, via Microsoft Teams. Counsel shall submit an appearance sheet pursuant to the Court's Individual Rule 2.B and will receive login credentials at the email addresses provided.  The public listen-only line may be accessed by dialing Phone Number: 646-453-4442 | Phone Conference ID: 632 194 712#.

Respectfully submitted,

s/Danielle R. Sassoon
Danielle R. Sassoon
CLEMENT & MURPHY, PLLC
767 Fifth Avenue, 15th Floor
New York, NY 10153
(202) 742-8900
danielle.sassoon@clementmurphy.com

**SO ORDERED.**

Dated: March 20, 2026
   New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Cc: All counsel of record (*via CM/ECF*)