**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SALOMON BROTHERS GROUP INC., <br><br> *Plaintiff,* <br><br> v. <br><br> GALAXY DIGITAL INC., <br><br> *Defendant.* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )     No. 1:26-cv-00369 |

**DECLARATION OF DANIELLE R. SASSOON IN SUPPORT OF DEFENDANT GALAXY DIGITAL INC.'S MOTION TO DISMISS THE COMPLAINT**

I, DANIELLE R. SASSOON, declare as follows:

1.    I am an attorney admitted to practice before the courts of the State of New York, and the United States District Court for the Southern District of New York. I am a partner of Clement & Murphy, PLLC, attorneys for Defendant Galaxy Digital Inc. ("Galaxy"), and submit this declaration in support of Galaxy's reply in support of its motion pursuant to the Federal Rule of Civil Procedure 12(b)(6) to dismiss the Complaint filed by Plaintiff, Salomon Brothers Group Inc., and for an award of attorney's fees and costs incurred in this action under the Lanham Act and New York Civil Rights Law § 70-a, to put before the Court Exhibit D, cited in Galaxy's reply.

2.      Exhibit D is a chart created by counsel that catalogs the misstatements alleged in Plaintiff's Complaint, the actual words of the relevant statements, the speaker of each statement, and the subject and type of each statement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 6, 2026

Respectfully submitted,

s/Danielle R. Sassoon
DANIELLE R. SASSOON
CLEMENT & MURPHY, PLLC
767 Fifth Avenue, 15th Floor
New York, NY 10153
danielle.sassoon@clementmurphy.com

*Counsel for Galaxy Digital*

April 6, 2026