# EXHIBIT D

| Alleged Statement, Compl.¶19 | Actual Statement | Speaker | Subject | Type |
|---|---|---|---|---|
| "Salomon Brothers is a phantom company." | "Salomon Encore … [i]s merely just like a phantom company with the name Salomon Brothers." Ex.B at 11:15-17 | Zack Pokorny | Salomon Encore | Opinion, Memorandum in Support of Motion to Dismiss at 21-22. |
| "Salomon Brothers has 'no connection to the old one,' meaning no connection to the historic Salomon Brothers investment bank." | "[T]here's really no direct connection between the old one that everybody knows that's like super famous and storied versus what we have here today.  It's just a group of alumni who came together, bought the trademark and are essentially using the branding to carry on their business today." Ex.B at 11:18-12:1 | Zack Pokorny | Salomon Encore and Legacy Salomon | Opinion, Memorandum in Support of Motion to Dismiss at 21. |
| "Salomon Brothers basically dissolved because they were implicated in some sort of fraud, right?"  "Yeah, that is my understanding." | "Salomon Brothers basically dissolved because ... they were implicated in some sort of fraud. Right?" "Yeah, that is my understanding … Or they -- they were like, fined and penalized along some line.… [T]hey did get in some trouble or a few traders at the firm got in some trouble." Ex.B at 12:5-15 | Colin Harper; Zack Pokorny | Legacy Salomon | Opinion, Memorandum in Support of Motion to Dismiss at 23-24 |
| "Salomon Brothers were like fined and penalized along some line. … They did get into some trouble or a few traders at the firm got into some trouble." | See above. | Zack Pokorny | Legacy Salomon | Opinion, Memorandum in Support of Motion to Dismiss at 23-24 |
| "Salomon Brothers' reputation is 'completely shattered.'" | "[The] trading scandal ... you know, completely shattered their reputation." Ex.B at 12:17-20 | Colin Harper | Legacy Salomon | Opinion, Memorandum in Support of Motion to Dismiss at 24-25 |
| "Salomon Brothers does not have even 'a veneer of legitimacy.'" | "[I]f you're going to try to have a, you know, a veneer of legitimacy to this OP_RETURN dusting thing … I think the last thing you want to do is attach your name to Salomon Brothers." Ex.B at 12:21-13:3 | Colin Harper | Neither | Opinion, Memorandum in Support of Motion to Dismiss at 24-25 |
| "Salomon Brothers is 'defunct.'" | "They were like … wait a second, we need to make this look more legit. Let's link to a since defunct now like, revived, although scrupulously revived…." Ex.B at 13:13-15 | Colin Harper | Legacy Salomon | Opinion, Memorandum in Support of Motion to Dismiss at 23-24 |