UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SALOMON BROTHERS GROUP INC.,

                  Plaintiff,

-against-

GALAXY DIGITAL INC.,

                  Defendant.

Case No. 1:26-cv-00369 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

For the reasons stated on the record at today's conference, Defendant's motion for a stay of discovery pending resolution of the motion to dismiss is GRANTED.  The parties' Initial Pretrial Conference and any related discovery deadlines are thus adjourned *sine die* and shall be reset, if necessary, pending this Court's decision on the motion to dismiss.

The Clerk of Court is respectfully directed to terminate the pending motion at Dkt. 22.

Dated: April 14, 2026
      New York, New York

SO ORDERED.

_____
JENNIFER L. ROCHON
United States District Judge