## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SALOMON BROTHERS GROUP, INC.,

     *Plaintiff,*

     v.

GALAXY DIGITAL INC.,

     *Defendant.*

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 1:26-cv-00369

~~[PROPOSED]~~ ORDER

Upon the notice filed by counsel for Defendant Galaxy Digital Inc., IT IS HEREBY ORDERED that the request to withdraw Julia R. Grant as counsel for Galaxy Digital Inc. is granted, and the appearance of Ms. Grant is withdrawn as of the date of this Order.

The Clerk of Court is respectfully directed to terminate Julia R. Grant as counsel on the docket.

Dated: **June 23, 2026**

_____
Honorable Judge Jennifer L. Rochon
United States District Court Judge